STATE OF OREGON,
*Appellant,*

*v.*

JOHN WILLIAM MONGEON,
*Respondent.*

(DA 217702; CA A24108)

659 P2d 1020

Stephen F. Peifer, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Dave Frohnmayer, Attorney General, and William F. Gary, Solicitor General, Salem.

Richard L. Lonergan, Portland, argued the cause for respondent. With him on the brief were Howard R. Lonergan and Clint A. Lonergan, Portland.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM.

**PER CURIAM.**

The factual dispute left unresolved by the trial court here is the same one presented in the companion case, *City of Portland v. Tuttle,* 62 Or App 62, 659 P2d 1010 (1983), and for the reasons expressed in that case, we remand for resolution of the dispute.

Reversed and remanded for further proceedings.